1  Martin Holly (State Bar No. 201421)
     *mdh@manningllp.com*
2  Anthony Werbin (State Bar No. 285684)
     *aww@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
   Attorneys for Defendant, TARGET
7  CORPORATION

JS-6

8              **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

| | |
|---|---|
| 11  JOE LEDESMA, | Case No. 2:17-cv-673 FMO (GJSx) |
| 12            Plaintiff, | |
| 13       v. | **ORDER TO REMAND THE INSTANT CASE TO STATE COURT PURSUANT TO STIPULATION [8] BY THE PARTIES** |
| 14  TARGET CORPORATION and DOES 1 to 20, Inclusive,, | |
| 15            Defendants. | |
| 16 | |
| 17 | |

18       The Joint Stipulation of Defendant TARGET CORPORATION and Plaintiff

19  JOE LEDESMA, to cap damages at $74,999.00 and remand to the Los Angeles

20  County Superior Court has been fully considered by the Court and IT IS HEREBY

21

22  ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein.

23  This matter is hereby remanded to the Los Angeles Superior Court.

24  Dated: February 22, 2017              _____/s/_____

25                                        Fernando M. Olguin
                                          United States District Judge
26

27

28